

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE MATTER OF THE ESTATE OF RICHARD C. POE, DECEASED, | § | No. 08-18-00015-CV |
| | § | Appeal from the |
| Appellant. | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 2015-CPR00818) |
| | § | |

# O R D E R

Pending before the Court is a joint motion for additional argument time. The motion is GRANTED. The Court has determined the following:

1. Appellants will be given twenty minutes to address the issues raised in their appeal;

2. Appellee will be given twenty minutes to respond to Appellants' argument;

3. Appellants will be given ten minutes for rebuttal;

4. Cross-Appellant will be given ten minutes to present his argument in his cross-appeal;

5. Cross-Appellees will be given ten minutes to respond to Cross-Appellant's argument; and

6. Cross-Appellant will be given five minutes for rebuttal.

IT IS SO ORDERED this 21st day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.